■ MARENA RODRIGUEZ, Individually and as Administratrix of the Estate of MIGUEL ALFONSO, Deceased, Respondent, v DEVAN O. GOMINIAK, Respondent, and ALICE HENNEBOHL, Appellants, et al., Defendants. [821 NYS2d 544]—Appeals from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered May 16, 2005. The order, insofar as appealed from, denied the motion of defendant Alice Hennebohl for summary judgment dismissing the complaint against her and denied that part of the motion of defendants Peter Hirschbine, Margaret Hirschbine and Daniel Hoben for summary judgment dismissing the complaint against defendant Daniel Hoben.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Martoche and Pine, JJ.

■ BRANDON MANAGEMENT GROUP, INC., Respondent, v WM. SCHUTT & ASSOCIATES, ENGINEERING AND LAND SURVEYING, P.C., et al., Appellants. [821 NYS2d 544]—Appeal from an order of the Supreme Court, Erie County (Eugene M. Fahey, J.), entered January 5, 2006 in a breach of contract action. The order, insofar as appealed from, denied in part defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Martoche and Pine, JJ.